# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, Inc.

                          Plaintiff,

v.                                         Case No.: 1:16–cv–09323

                                                    Honorable Joan H. Lefkow

Does 1–32

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [7] is granted. Motion is stricken from the Court's call of 10/26/2016. Status hearing set for 1/24/2017 at 11:00 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.